```
                                                    CLOSED
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| CAROL PIANKO,<br><br>        Plaintiff,<br>v.<br><br>CONTINENTAL AIRLINES, et al.,<br><br>        Defendants. | 04-1795 (WGB)<br><br><br>O R D E R |

### ORDER ADOPTING THE REPORT AND RECOMMENDATION
### OF THE MAGISTRATE JUDGE

This matter having come before the Court on the Report and Recommendation of United States Magistrate Judge Madeline Cox Arleo filed on July 19, 2005; and the Court having received no objections; and the Court having reviewed the Report and Recommendation and other documents on file in this matter; and

For good cause shown;

It is on this 17th day of August 2005 **ORDERED** that the Report and Recommendation of Magistrate Judge Arleo filed July 19, 2005 recommending dismissal of Plaintiff's complaint with prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b) is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and

IT IS FURTHER ORDERED that Plaintiff's complaint is dismissed with prejudice.

```
                          /s/ William G. Bassler
                         WILLIAM G. BASSLER, U.S.S.D.J.
```